MARK A. MANNING
OSB # 00311
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR  97401
(541) 686-1969
mamanning@hwbm.net
Of Attorneys for the Plaintiff

FILED'06 JUN 05 13:03USDC-ORE

RECVD'06 JUN 02 11:40USDC-ORE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ANNETTE S. GOULEY, | ) | Civil No. 05-6091-AA |
| | ) | |
| vs. | ) | |
| | ) | ORDER  FOR PAYMENT OF ATTORNEY'S |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) | FEES PURSUANT TO EAJA |
| | ) | |
| Defendant. | ) | |

After considering the stipulated Motion for entry of an order awarding plaintiff's attorney fees submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted in the sum of $1,975.30 as full settlement of any and all claims for attorney fees under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this ____4____ day of ___June___, 2006.

_____
U.S. District Judge

PRESENTED BY:

By:_____
Mark A. Manning, OSB#0031
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA